PROB 12C
(4/19)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender under Supervision

**Name of Offender:** Craig T. Orler  **Docket Number:** 06-00386-001
 **PACTS Number:** 42736

**Name of Sentencing Judicial Officer:**  THE HONORABLE ROBERT B. KUGLER
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 08/29/2006

**Original Offense:**   Count One: Conspiracy to Deal in Firearms without a License
Count Two: Possession of a Firearm by a Convicted Felon

**Original Sentence:** Imprisonment – 130 months, Supervised Release – 3 years

**Special Conditions:** Substance Abuse Testing, Special Assessment $200, Fine $2,000, DNA testing, Drug and Alcohol Testing/Treatment, Financial Disclosure, No New Debt/Credit

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 10/18/2019

**Assistant U.S. Attorney:** Jason Richardson, AUSA , 401 Market St., 4th Floor, Camden, New Jersey 08101, (856) 757-5026

**Defense Attorney:** To Be Assigned, Federal Defenders Office, 800 Cooper Street, Suite 350, Camden, New Jersey 08102, (856) 757-5341

## PETITIONING THE COURT

☑ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'** |
| | On May 20, 2020, during a motor vehicle stop by the Manchester Township, New Jersey Police Department, offender Craig Orler ran from his vehicle to elude police. As of the writing of this report, there is an active pursuit by law enforcement authorities to capture and arrest the offender. Upon arrest, he will be charged with the following: Eluding Police (2nd Degree, punishable by up to 10 years in prison), Leader of an Organized Retail Theft Enterprise (2nd Degree), Money Laundering (2nd Degree), and at least three counts of commercial burglary, and conspiracy to commit same (charged as Crimes of the 3rd Degree, punishable by up to five years in prison). Concurrent investigations were initiated by police detectives from both Toms River and Manchester Township, investigating |

Prob 12C – page 2
Craig T. Orler

separate commercial property burglaries. Specifically, on or about April 24, 2020 in Manchester Township, the burglary of a trailer containing various items of camping equipment was stolen. The following evening, April 25, 2020 in either the late night or early morning hours, a sophisticated burglary occurred of the offender's place of employment, Blossom Lawn Care Center of Toms River. In this instance, the intruders entered through the roof of the establishment, cut through electrical lines to disable an alarm system and video equipment. The intruders stole a vehicle (Dodge Ram truck) with a trailer which was loaded with landscaping equipment valued at several thousand dollars. Additional equipment was also loaded into a rented U-Haul trailer, along with $25,000 in cash.

Investigation into these incidences led police to focus on Craig Orler as the primary suspect in the burglaries, along with at least two co-conspirators. His wife Melissa Orler was arrested and charged based on her rental of the U-Haul vehicle. It is noted that other individuals, whose initials are K.D. and J.B., were also charged in the burglaries.

2     The offender has violated the standard supervision condition which states **'You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.'**

Based upon the above described conduct and arrests, it is alleged that Craig Orler associated with K.D., an individual identified to have at least one felony conviction in the State of New Jersey (CDS offenses). It is further alleged that Orler communicated and interacted with K.D. in the commission of criminal activity.

3     The offender has violated the standard supervision condition which states **'You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.'**

Based upon the above described conduct and arrests, it is alleged that Craig Order communicated and interacted with J.B., a person he knew to be engaged in criminal activity, who was also known by the offender to have at least one felony conviction, as the two had previously served time together in federal custody.

4     The offender has violated the standard supervision condition which states **'You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.'**

Based upon the above described conduct and arrests, it is alleged that Craig Order communicated and interacted with Melissa Orler, a person he knew to be engaged in criminal activity.

Prob 12C – page 3
Craig T. Orler

| | |
|---|---|
| 5 | The offender has violated the standard supervision condition which states **'You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.'** |
| | On May 2, 2020, Craig Orler, while under criminal investigation, was surveilled by law enforcement officers as traveling into Maryland without the approval of the United States Probation Office. A global positioning software system identified his vehicle in Baltimore County, Maryland. While there, he was stopped by the Maryland State Police and issued a written warning (MSP7040000886W) for a partially obstructed license plate. |
| 6 | The offender has violated the standard supervision condition which states **'You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.'** |
| | On May 4, 2020, Craig Orler, while under criminal investigation, was surveilled by law enforcement officers as traveling into Pennsylvania without the approval of the United States Probation Office. A global positioning software system identified his vehicle at a location in Philadelphia, adjacent to a county prison. |
| 7 | The offender has violated the standard supervision condition which states **'You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.'** |
| | On May 15, 2020, Craig Orler, while under criminal investigation, was surveilled by law enforcement officers as traveling into Pennsylvania without the approval of the United States Probation Office. A global positioning software system identified his vehicle at a location in Chambersburg, Pennsylvania. He was unauthorized to leave the District of New Jersey at that time. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Carolyn M. Stevens
Senior U.S. Probation Officer
Date: 05/20/2020

THE COURT ORDERS:

☑ The Issuance of a Warrant (as recommended by the Probation Office)
☐ The Issuance of a Summons. Date of Hearing: _____.
☐ No Action
☐ Other

_____
Signature of Judicial Officer

May 20, 2020
_____
Date